UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80782-CIV-HURLEY

MELISSA A. RUBIN,
    plaintiff,

vs.

ER SOLUTIONS, INC.,
    Defendant.
_____/

### ORDER OF FINAL DISMISSAL WITH PREJUDICE & CLOSE OUT

**THIS CAUSE** is before the court upon the plaintiff's notice of voluntary dismissal with prejudice filed August 12, 2008 [DE# 3]. Having considered the notice, it is hereby

**ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses and attorneys' fees.

2. There being nothing further for the court to resolve, it is ordered that the Clerk of the Court shall enter this case as **CLOSED** and terminate all pending motions as **MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _15_ day of August, 2008.

                                        Daniel T. K. Hurley
                                      United States District Judge

Copies furnished:

all counsel